UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-12102-RGS

DALE AINSLEY LEO EWERS

v.

STATE OF MASSACHUSETTS, et al.

ORDER

November 17, 2023

STEARNS, D.J.

For the reasons stated below, the court orders that this action be DISMISSED for failure to pay the filing fee.

On September 12, 2023, *pro se* plaintiff Dale Ainsley Leo Ewers, a pretrial detainee confined at the Metrowest Detention Center in Doral, Florida, filed a civil complaint and a motion for leave to proceed *in forma pauperis*.  Docket Nos. 1, 2.

On October 19, 2023, the Magistrate Judge[1] issued an order denying the motion to proceed *in forma pauperis* on the ground that, under 28 U.S.C. § 1915(g), Ewers was required to prepay the $402 filing fee.  Docket No. 4.

---

[1] Pursuant to General Orders (10-1) and (09-3) of this court, a case may be randomly assigned, at the time of filing, to a Magistrate Judge.

The Magistrate Judge explained that, under 28 U.S.C. § 1915(g), a prisoner[2] who has, on three or more prior occasions, filed an action or appeal that was later dismissed on the ground that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, cannot proceed without prepayment of the filing fee unless the prisoner's complaint shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

The Magistrate Judge found that Ewers has, while incarcerated, filed three or more civil actions that were dismissed as frivolous or malicious or for failure to state a claim upon which relief could be granted. *See Ewers v. Mass. Gen. Hosp.*, C.A. No. 22-10962 (D. Mass. Oct. 17 & Nov. 28, 2022) ECF 11, 13; *Ewers v. Empire State Recovery Fund*, C.A. No. 19-04599 (S.D.N.Y Aug. 14, 2019) ECF 10; *Ewers v. September 11th Victims Compensatory Funds*, C.A. No. 19-04600 (S.D.N.Y. Aug. 14, 2019) ECF 10. The Magistrate Judge also found that Ewers's complaint, in which he claims that misconduct by the Massachusetts State Police Crime Laboratory led to him being wrongfully charged with first degree murder, did not show that he was

---

[2] In this context, a "prisoner" is defined as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

"under imminent danger of serious physical injury" vis-à-vis the alleged misconduct.

The Magistrate Judge denied the *in forma pauperis* motion without prejudice and directed Ewers to pay the $402 filing fee or show good cause why the "three strikes" rule of 28 U.S.C. § 1915(g) does not prevent him from prosecuting this action without prepayment of the filing fee. The Magistrate Judge set a deadline of November 9, 2023 to comply with the order.

The deadline for complying with the Magistrate Judge's order has passed. Ewers has not paid the $402 filing fee or showed good cause why he should not be required to prepay the fee. Thus, for the reasons set forth by the Magistrate Judge's October 19, 2023 order and Ewers's failure to comply with the same, the court orders that this case be DISMISSED without prejudice for failure to pay the filing fee.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE